HEMPHILL *v.* ILLINOIS.

No. 1342, Misc.  Decided June 12, 1967.

Petitioner *pro se.*

*William G. Clark,* Attorney General of Illinois, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded to the Supreme Court of Illinois with instructions to appoint counsel and hear the appeal.  *Milani* v. *Illinois,* 386 U. S. 12.